IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )    CRIMINAL ACTION NO.
    v.                       )        2:22cr180-MHT
                             )            (WO)
THOMAS PAYNE                 )
```

ORDER

This case is before the court on defendant Thomas Payne's petition for early termination of supervised release. The court agrees that his supervision should be terminated early. In July 2022, Payne pled guilty to one count of misprision of a felony and was sentenced to two years' probation. Payne is now 80 years old and experiences a number of medical conditions. He has successfully maintained strict compliance with all terms of his supervision.

Furthermore, neither the government nor the probation officer opposes the petition.

Accordingly, it is ORDERED that the petition for early termination of supervised release (Doc. 34) is granted; that defendant Thomas Payne's term of supervised release is terminated; and that defendant Payne is discharged.

DONE, this the 14th day of November, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE